**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS  39403**
**TELEPHONE (601) 582-5011**

DATE:  September 23, 2025

ASHLEY MONIQUE HOOKER
64 TWO MILE RD LOT A
PRENTISS, MS  39474

CASE NO.  24-51318 KMS

**RE:**     **NOTICE OF DEFAULT**

Dear Debtor:

   Pursuant to a previous Order of this Court, **if you become delinquent in your Chapter 13 payments, your case will be dismissed without further hearing**. Enclosed is a printout showing your payment history. As you can see, your payments are delinquent.

   The Order of Dismissal will be sent to the Court fourteen (14) days from the date of this letter unless you are current with your plan payments or other relief is sought.

   A copy of this letter is being forwarded to your attorney.

                              OFFICE OF THE STANDING TRUSTEE

                              /s/  DAVID RAWLINGS, TRUSTEE
                              CASE ADMINISTRATOR:  FONDA BONEY

COUNSEL FOR DEBTOR:

   THOMAS C. ROLLINS, JR
   P O Box 13767
   Jackson, MS  39236

DAVID RAWLINGS, STANDING TRUSTEE
INQUIRY ON CASE 24-51318 KMS, ASHLEY MONIQUE HOOKER

## RECEIPT DATA

| | | | |
|---|---|---|---|
| TOTAL RCPTS: $5,203.17 | # MO. SINCE CON: 10 | RCPTS OVERDUE: $3,457.88 |
| LAST RCPT: 07/25/2025 | # MO. REMAINING: 60 | |
| RCPTS DUE: $33,860.83 | TOTAL PLAN LENGTH: 60 | |

## RECEIPT SCHEDULE  (Payroll Order)

| NAME | AMOUNT | START DATE | # OF PERIODS | FREQUENCY |
|---|---|---|---|---|
| ASHLEY MONIQUE HOOKER | $1,277.77 | 10/17/2024 | 2 | MONTHLY |
| ASHLEY MONIQUE HOOKER | $1,277.77 | 12/17/2024 | 1 | MONTHLY |
| ASHLEY MONIQUE HOOKER | $249.86 | 01/17/2025 | 1 | MONTHLY |
| ASHLEY MONIQUE HOOKER | $0.00 | 02/17/2025 | 5 | MONTHLY |
| ASHLEY MONIQUE HOOKER | $1,525.96 | 07/17/2025 | 2 | MONTHLY |
| ASHLEY MONIQUE HOOKER | $1,525.96 | 09/17/2025 | 49 | MONTHLY |
| ASHLEY MONIQUE HOOKER | $0.00 | 10/17/2029 | End of Plan | WEEKLY |

## RECEIPTS FOR THE LAST SIX MONTHS:

| DATE | TYPE | REFERENCE | AMOUNT | SOURCE |
|---|---|---|---|---|
| 07/25/2025 | TFS | 949700 | $1,120.00 | TFS 7/25/2025 |