_____



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 10, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                         CHAPTER 13 PROCEEDING
  ASHLEY MONIQUE HOOKER                         24-51318 KMS
  64 TWO MILE RD LOT A
  PRENTISS, MS  39474                                           SSN:  XXX-XX-6672

## **RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    MILLCREEK REHABILITATION CENTER
    900 1ST AVE., NE
    ATTN:  PAYROLL DEPARTMENT
    MAGEE, MS  39111

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net